# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00838-CV

**In re Jeffrey (Tre) Krueger**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## WRIT OF HABEAS CORPUS

THE STATE OF TEXAS, COUNTY OF TRAVIS

TO:           THE 201ST DISTRICT COURT OF TRAVIS COUNTY, TEXAS

Having considered the petition for writ of habeas corpus and record filed with this Court, this Court concludes that Relator is illegally restrained pursuant to an order holding Relator in contempt and committing him to county jail, which was rendered by the 201st District Court of Travis County, Texas, on December 19, 2012, in cause number D-1-GN-11-001680, on the docket of said court. IT IS THEREFORE ordered that Relator, Jeffrey (Tre) Krueger, be and hereby is released from the effects of the order holding Relator in contempt and committing him to county jail, and is further released from the bond set by this Court on December 31, 2012, in accordance with the attached opinion of this Court.

ISSUED under my hand and seal May 16, 2013.

_____

Jeffrey D. Kyle, Clerk